UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| EMILIO PINERO,<br>Plaintiff,<br>vs.<br><br>DORAL 41 CAPITAL LLC and MORDISCO LLC,<br>Defendant(s). | Case No: 24-cv-20734-PCH |

**NOTICE OF SETTLEMENT IN PRINCIPLE**

Plaintiff, EMILIO PINERO, and Defendants, DORAL 41 CAPITAL LLC and MORDISCO LLC, by and through their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement in principle. The Parties are in the process of memorializing their agreement and finalizing their settlement documents.

Respectfully submitted,


s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
*Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
*Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100
Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com